## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **GEORGE R. REEVES,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   **CIVIL ACTION NO 05-0208-L** |
| | ) |
| **S. D. WARREN COMPANY, a corporation,** | ) |
| **AETNA LIFE INSURANCE COMPANY,** | ) |
| **et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

This matter is before the court on defendant's motion to strike plaintiff's jury demand. (Doc. 3). Plaintiff was ordered to respond to defendant's motion on or before April 18, 2005. (Doc. 4). Plaintiff did not file a response and subsequently notified the court that no response would be filed. Accordingly, defendant's motion to strike plaintiff's jury demand is **GRANTED**.

**DONE** and **ORDERED** on this the 26th day of April, 2005.

> **s / Kristi  D.  Lee**
> **KRISTI   D.  LEE**
> **UNITED STATES MAGISTRATE JUDGE**